**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | |
|---|---|
| JOHN DOE, a minor child under the age of 18 years,<br>     Plaintiff,<br><br>By JAMES DOE,<br>     Parent/Next Friend of Plaintiff,<br><br>vs.<br><br>WASHINGTON COUNTY DEPARTMENT OF EDUCATION, WASHINGTON COUNTY BOARD OF EDUCATION, JAMES E. MURPHY, JR., ANNETTE BUCHANAN, KEITH ERVIN, TODD GANGER, DAVID HAMMOND, JACK LEONARD, CLARENCE MABE, MIKE MASTERS, PHILLIP McLAIN, MARY LO SILVERS, and RONALD A. DYKES,<br><br>     Defendants. | Case No.: _____ |

## NOTICE OF REMOVAL

COME NOW, the Defendants, Washington County Department of Education, Washington County Board of Education, James E. Murphy, Jr., Annette Buchanan, Keith Ervin, Todd Ganger, David Hammond, Jack Leonard, Clarence Mabe, Mike Masters, Phillip McLain, Mary Lo Silvers, and Ronald A. Dykes, having been appropriately served in this matter, hereby

1

appear, by and through their counsel of record, pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1441(c) and 28 U.S.C. § 1443, would show unto the Court the following:

1.      The Plaintiff filed this action against the above-named Defendants on or about July 19, 2016, in the Circuit Court for Washington County, at Jonesborough, Tennessee, bearing docket number 35823.

2.      All Defendants were served with a copy of the Complaint on or about August 1, 2016.

3.      This Court has jurisdiction over the above-entitled case pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

4.      The United States District Court for the Eastern District of Tennessee at Greeneville, embracing Washington County, Tennessee, in which the Circuit Court action is currently pending, is the proper venue for removal of this action.

5.      Plaintiff has alleged a violation of his constitutional due process rights. Jurisdiction of this Court is thus predicated upon 42 U.S.C. § 1981, § 1982, § 1983 and the 14th Amendment to the Constitution of the United States.

6.      The pleadings filed with the Circuit Court for Washington County at Jonesborough, included with this *Notice of Removal,* are attached hereto and made a part hereof as follows:

*Exhibit "1",* Civil Complaint filed July 19, 2016 [filed under seal];

*Exhibit "2",* Civil Summons for Washington County Department of Education;

*Exhibit "3",* Civil Summons for Washington County Board of Education;

*Exhibit "4",* Civil Summons for James E. Murphy, Jr.;

*Exhibit "5",* Civil Summons for Annette Buchanan;

2

*Exhibit "6"*, Civil Summons for Keith Ervin;

*Exhibit "7"*, Civil Summons for Todd Ganger;

*Exhibit "8"*, Civil Summons for David Hammond;

*Exhibit "9"*, Civil Summons for Jack Leonard;

*Exhibit "10"*, Civil Summons for Clarence Mabe;

*Exhibit "11"*, Civil Summons for Mike Masters;

*Exhibit "12"*, Civil Summons for Phillip McLain;

*Exhibit "13"*, Civil Summons for Mary Lo Silvers;

*Exhibit "14"*, Civil Summons for Ronald A. Dykes;

*Exhibit "15",* Order; and

*Exhibit "16",* Amended/Redacted Complaint.

7.      Written notice of the filing of this *Notice of Removal* has been filed with the Circuit Court for Washington County, at Jonesborough, Tennessee.

8.      This *Notice of Removal* has been filed within thirty (30) days of the Defendants' first notice that the Plaintiff has alleged a violation of the Plaintiff's United States Constitutional due process rights upon 42 U.S.C § 1981, § 1982, § 1983 and the 14th Amendment to the Constitution of the United States.

9.      These Defendants expressly reserve the right to raise all defenses and objections after the action has been removed to this Court.

WHEREFORE, these Defendants respectfully pray that the above-entitled case action be removed from the Circuit Court for Washington County, at Jonesborough, Tennessee, to the United States District Court for the Eastern District of Tennessee at Greeneville.

3

Respectfully submitted this the 22nd day of August, 2016.

**WASHINGTON COUNTY DEPARTMENT OF EDUCATION, WASHINGTON COUNTY BOARD OF EDUCATION, JAMES E. MURPHY, JR., ANNETTE BUCHANAN, KEITH ERVIN, TODD GANGER, DAVID HAMMOND, JACK LEONARD, CLARENCE MABE, MIKE MASTERS, PHILLIP McLAIN, MARY LO SILVERS, and RONALD A. DYKES**

By: *s/Earl R. Booze*

Earl R. Booze, Esq. - BPR #004677
HERRIN, BOOZE & McPEAK
515 East Unaka Avenue
P.O. Box 629
Johnson City, TN  37605-0629
Phone:  (423) 929-7113
Fax:  (423) 929-7114
Email:  earl@hbm-lawfirm.com
***Attorney for Defendants***

OF COUNSEL:

Herrin, Booze & McPeak
P.O. Box 629
Johnson City, TN  37605-0629

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of August, 2016, a copy of the foregoing **NOTICE OF REMOVAL** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U. S. Mail.  Parties may access this filing through the Court's electronic filing system.

**HERRIN, BOOZE & McPEAK**

By: s/*Earl R. Booze*

Earl R. Booze, Esq.

4